| | |
|---|---|
| 1 | Mary McNamara SBN # 147131 |
| 2 | SWANSON, McNAMARA & HALLER LLP |
| | 300 Montgomery Street, Suite 1100 |
| | San Francisco, California 94104 |
| 3 | Telephone: (415) 477 3800 |
| 4 | Attorneys for Defendant VIVIAN MICHELLE TITUS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION           *E-FILED - 9/21/06*

| UNITED STATES OF AMERICA, | Case No. CR 06-00427 RMW |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND ORDER CONTINUING FIRST APPEARANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161, ET SEQ.** |
| vs. | |
| VIVIAN MICHELLE TITUS, | |
| Defendant. | |

   The United States of America, by its counsel Matt Harris, Assistant United States Attorney, on the one hand, and Vivian Michelle Titus, by her counsel Mary McNamara, on the other hand (hereinafter, jointly referred to as "the parties"), seek a continuance of the first appearance before this court from the currently-scheduled date of August 28, 2006 to the specially-set date of October 5, 2006 for purposes of allowing sufficient preparation by the defense. The parties stipulate that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(B)(iv), from the time in which trial in this matter must be had in order to permit the defense reasonable time to review the discovery that has been produced and sufficient time to prepare. The course of proceedings conducted in this case thus far is set forth in the following paragraphs.

   1.   On June 19, 20006, Vivian Michelle Titus made her initial appearance before

1 Magistrate Lloyd on a six count indictment charging her with three counts of bank fraud, in violation
2 of 18 U.S.C. § 1344(2) and three counts of embezzlement, in violation of 18 U.S.C. § 656.  At that
3 time, Magistrate Lloyd set the initial appearance date before this court for July 17, 2006 and excluded
4 the time between June 19 and July 17, 2006 from the time in which trial in this matter must
5 commence under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

6      2.      On June 23, 2006, the defense received initial discovery from the government.

7      3.      The court previously has signed a stipulated order continuing the first appearance from
8 July 17, 2006 to August 21, 2006 on the basis of the defense need to prepare, and, in that order, the
9 Court excluded the time between July 17, 2006 to August 21, 2006 from the time in which trial in this
10 matter must commence under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.  On
11 August 2, 3006, the Court *sua sponte* moved the appearance from August 21, 2006 to August 28,
12 2006.

13      4.      The defense requires additional time to review the discovery and prepare its plan for
14 how it will proceed with this case.  The United States has no objection to the defense request for
15 additional time.

16      5.      Accordingly, the parties stipulate that the matter be continued on the Court's calendar
17 from August 28, 2006, to  the specially-set date of October 5, 2006 for a status appearance and that
18 the time from August 28, 2006, to October 5, 2006 be excluded from the time in which trial in the
19 matter must be had, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) (interests of justice in
20 permitting defense additional time to review discovery) and § 3161(h)(B)(iv) (permitting defense
21 counsel reasonable time for effective preparation).

22      IT IS SO STIPULATED:

24 DATED: August 25, 2006      /s/ Matt Harris
25      Matt Harris
     Assistant United States Attorney

27 DATED: August 25, 2006      /s/ Mary McNamara
     Mary McNamara
     SWANSON, McNAMARA & HALLER LLP
28      Attorneys for Vivian Michelle Titus

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6                           SAN JOSE DIVISION
7

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      vs.<br><br>VIVIAN MICHELLE TITUS,<br><br>                  Defendant. | Case No. CR 06-00427 RMW<br><br>**ORDER CONTINUING FIRST APPEARANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161, ET SEQ.** |

    Based on good cause shown, and the stipulation of the parties, the Court enters the following orders:

    (a)   The matter is continued on the Court's calendar from August 28, 2006, to September 18, 2006 , at 9:00 a.m. for a status appearance, and

    (b)   the time from August 28, 2006, to  the specially-set date of October 5, 2006 is excluded from the time in which trial in the matter must be had, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) (interests of justice in permitting defense additional time to review discovery) and § 3161(h)(B)(iv) (permitting defense counsel reasonable time for effective preparation).

IT IS SO ORDERED .

DATED:  9/21/06                              /s/ Ronald M. Whyte
                                                            RONALD M. WHYTE
                                                            United States District Judge