1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TITUS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                                  *E-FILED - 1/19/07*
10
   UNITED STATES OF AMERICA,       )   No. CR-06-00427 RMW
11                                 )
              Plaintiff,           )   STIPULATION AND []
12                                 )   ORDER CONTINUING SENTENCING
   vs.                             )   HEARING
13                                 )
   VIVIAN MICHELLE TITUS,          )
14                                 )
              Defendant.           )
15 _____)

16                            **STIPULATION**

17       The parties hereby stipulate and agree that the sentencing hearing in the above-captioned

18 matter, currently scheduled for Tuesday, February 20, 2007 at 9:00 a.m., may be continued to

19 Monday, March 12, 2007 at 9:00 a.m.  The purpose of the requested continuance is to permit the

20 psychologist retained by the defense to complete an evaluation of Ms. Titus.  United States

21 Probation Officer Joshua Sparks has been consulted as to the proposed continuance and has no

22 objection.

23
   Dated: January 8, 2007
24
                                          s/_____
25                                        CYNTHIA C. LIE
                                          Assistant Federal Public Defender
26

Stipulation and [] Order Continuing
Sentencing                                    1

1  Dated: January 8, 2007

2                                          s/_____
                                           MATTHEW S. HARRIS
3                                          Special Assistant United States Attorney

4
                                    **[] ORDER**
5
     Good cause appearing and by stipulation of the parties, it is hereby ordered that the
6
sentencing hearing in the above-captioned matter shall be continued from Tuesday, February 20,
7
2007, to Monday, March 12, 2007 at 9:00 a.m.
8

9  Dated: January  19 , 2007

10                                         _____
                                           RONALD M. WHYTE
11                                         United States District Judge

Stipulation and [] Order Continuing
Sentencing                                      2